CALIFORNIA NURSES ASSOCIATION
LEGAL DEPARTMENT
PAMELA ALLEN, Bar No. 139136
pallen@calnurses.org
M. SUZANNE MURPHY, Bar No. 145657
smurphy@calnurses.org
2000 Franklin Street, Suite 300
Oakland, California 94612
(510) 273-2200 - Phone
(510) 663-4822 - Fax

Attorneys for Defendants
CALIFORNIA NURSES ASSOCIATION and
ALICE GRUBB



E-filing

FILED
DEC 18 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEIRDRA WAYNETTE FREEMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>CALIFORNIA NURSES ASSOCIATION, ALICE GRUBB, AND DOES 1 through 50,<br><br>      Defendants. | Case No.: C 06-05953 MJJ<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>(FRCP 41(a)(1)(ii)) |

THE PARTIES TO THIS ACTION THROUGH THEIR ATTORNEYS OF RECORD stipulate as follows pursuant to FRCP 41(a)(1)(ii):

    1.    The Complaint in the above-captioned action known as "Deirdra Waynette Freeman v. California Nurses Association, et al." was filed in the Superior Court for the County of Alameda on May 8, 2006, and was assigned Alameda County Superior Court Case No. RG 06 268673. The Complaint was served on defendants California Nurses Association and Alice Grubb on August 28, 2006.

1

2. On September 26, 2006, defendants California Nurses Association and Alice Grubb filed a timely Notice of Removal of Action in this Court under 28 U.S.C. § 1441(b).

3. Plaintiff Deirdre Freeman and defendants California Nurses Association and Alice Grubb now stipulate that the above-captioned action shall be dismissed in its entirety with prejudice, with all parties to bear their own costs and fees

IT IS SO STIPULATED.

DATED: December 11, 2006         LAW OFFICES OF WILLIAM C. DRESSER

                                 _____
                                 William C. Dresser
                                 Attorney for Plaintiff Deirdre Freeman

DATED: December 5, 2006          CALIFORNIA NURSES ASSOCIATION
                                 LEGAL DEPARTMENT
                                 Pamela Allen
                                 M. Suzanne Murphy

                                 _____
                                 Pamela Allen
                                 Attorneys for Defendants
                                 California Nurses Association and Alice Grubb

                                 IT IS SO ORDERED

                                 _____
                                 MARTIN J. JENKINS
                                 UNITED STATES DISTRICT JUDGE
                                 12/18/2006
                                 DATE

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C 06-05953 MJJ